ACCEPTED
05-15-00477-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/15/2015 12:01:33 PM
LISA MATZ
CLERK

Appellate Docket Number: 05-15-00477-CR

Appellate Case Style: Style: Christopher Darrell Jefferson

Vs. State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/15/2015 12:01:33 PM
LISA MATZ
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Christopher | ☐ Lead Attorney |
| Middle Name: Darrell | First Name: Kathleen |
| Last Name: Jefferson | Middle Name: Ann |
| Suffix: | Last Name: Walsh |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☒ Public Defender |
| Pro Se: ◯ | Firm Name: Dallas County Public Defender's Office |
| | Address 1: 133 North Riverfront Boulevard |
| | Address 2: LB 2 |
| | City: Dallas |
| | State: Texas    Zip+4: 75207-4399 |
| | Telephone: 214-875-2365    ext. |
| | Fax: 214-653-3539 |
| | Email: kwalsh@dallascounty.org |
| | SBN: 20802200 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

☐ Appointed ☐ Retained ☒ District Attorney ☐ Public Defender

Firm Name: Dallas County District Attorney's Office

Address 1: Appellate Division

Address 2: 133 N. Riverfront Blvd., LB 19

City: Dallas

State: Texas     Zip+4: 75207-4313

Telephone: 214-653-3625     ext.

Fax: 214-653-3643

Email: Lori.Ordiway@dallascounty.org

SBN: 12327300

Add Another Appellee/ Attorney

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Homicide

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 1, 2015

Offense charged: capital murder

Date of offense: January 29, 2013

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: April 1, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: life, TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial: ☐ Yes ☒ No     If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No     If yes, date filed:

Other: ☐ Yes ☒ No     If yes, date filed:

If other, please specify:

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA     If yes, date filed: April 1, 2015

Date of hearing:     ☒ NA

Date of order:     ☒ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling: April 1, 2015

## VIII. Trial Court And Record

Court: 363rd Judicial District Court

County: Dallas

Trial Court Docket Number (Cause no):    F13-30608-W

Trial Court Judge (who tried or disposed of the case):

First Name: Tracy

Middle Name:

Last Name: Holmes

Suffix:

Address 1: 133 N. Riverfront Blvd.

Address 2:

City: Dallas

State: Texas        Zip + 4: 75207

Telephone: 214-653-5892        ext.

Fax:

Email: Stephen.Krusemark@dallascounty.org

Clerk's Record:

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes  ☐ No

If yes, date requested: Apr 15, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?   ☐ Yes  ☒ No

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?   ☒ Yes  ☐ No

Was the reporter's record electronically recorded?   ☒ Yes  ☐ No

If yes, date requested: Apr 15, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☒ No

---

☒ Court Reporter        ☐ Court Recorder
☒ Official              ☐ Substitute

First Name: Darline

Middle Name:

Last Name: Labar

Suffix:

Address 1: 363rd Judicial District Court

Address 2: 133 N. Riverfront Blvd.

City: Dallas

State: Texas        Zip + 4: 75207

Telephone: 214-653-5893        ext.

Fax:

Email: hpdkfaith@msn.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 

Court: 

Style: 

　　　　Vs.　　State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)

Date: April 15, 2015

State Bar No: 20802200

Printed Name:

Electronic Signature: /s/ Kathleen A. Walsh

Name: Kathleen A. Walsh

(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on April 15, 2015 .

Signature of counsel (or pro se party)

Electronic Signature: /s/ Kathleen A. Walsh

(Optional)

State Bar No.: 20802200

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: April 15, 2015

Manner Served: eServe

First Name: District Attorney's Office - Appellate Division

Middle Name:

Last Name:

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: 133 N. Riverfront Blvd.

Address 2: 10th Floor

City: Dallas

State Texas                    Zip+4: 75207-4313

Email: DCDAAppeals@dallascounty.org

Date Served: April 15, 2015

Manner Served: eServe

JUDGEMENT / SENTENCE DATE_____
MOTION FOR NEW TRIAL FILED_____YES_____NO DATE_____

*(signature)*
Deputy District Clerk

**FILED**

2015 APR -1 PM 4: 06

FELICIA PITRE
DISTRICT CLERK
DALLAS, TEXAS

DRAWER #40

THE STATE OF TEXAS

VS.

Christopher Jefferson

CAUSE NO. F-13-30608-W

7th DISTRICT COURT_____

DALLAS COUNTY, TEXAS

### DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defenant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein.
WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

X *Christopher Jefferson*
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

JIM HAMLIN
DISTRICT CLERK
Dallas County, Texas

By *(signature)*
Deputy District Clerk

### ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable___PUBLIC DEFENDER_____,

Address: 133 N RIVERFRONT BLVD / DALLAS, TX 75201
a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

___30 MARCH___, 2015___, and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

*(signature)*
Judge

FORM 40

Cause No. _F 17-30608 - W_

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE ___363,d___ |
| VS. | § | DISTRICT COURT, |
| _Christpoher Jefferson_ | § | DALLAS COUNTY, TEXAS |

FILED
2015 APR -1 PM 4:06
FELICIA PITRE
DISTRICT CLERK
_____ DEPUTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____
Judge

___4 - 1 - 15___
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Christopher Jefferson_
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any):

_Paul Brauchle_
Defendant's Counsel
State Bar No.: _02918000_
Mailing Address:

Telephone #:
Fax # (if any):

\* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).